Kinkade, Robinson, Jones, Matthias and Day, JJ, concur.

## REEVES v THOMAS etc

Ohio Supreme Court
No 22133.   Decided March 5, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Allen, JJ., concur.